AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Integramed America Inc., a Delaware corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No.  2:12-cv-03566-PMD |
| Grant W. Patton, Jr.; Southeastern Fertility Center, P.A. a South Carolina Professional Association; Southeastern Fertility Center, P.A. a/k/a or f/k/a Southeastern Fertility Center II, P.A., a South Carolina Professional Association | ) ) ) ) | |
| *Defendant* | | |
| John A. Schnorr, M.D. | | |
| *Third-Party Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that Plaintiff's Motion for Summary Judgment is Granted.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge.

Date:  March 24, 2015                                                      *CLERK OF COURT*

                                                                                        s/Elena Graham
                                                                               *Signature of Clerk or Deputy Clerk*